**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jose Ramon Aguirre RODRIGUEZ, Also Known as Jose Aguirre Rodriguez, Also Known as Jose Aguirre, Also Known as Jose Ramon Aguirre–Rodriguez, Also Known as Jose Ramon Aguirre, Also Known as Jose Rodri-**

---

guez, Also Known as Jose Ramon Rodriguez, Also known as Jose Rodriguez Aguirre, Jose Aguirre Ramon, Defendant–Appellant.

No. 12–20064
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 2, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff-Appellee.

Lourdes Rodriguez, Houston, TX, for Defendant–Appellant.

Jose Ramon Aguirre Rodriguez, Pecos, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jose Aguirre Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Aguirre Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsi-

bilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

